UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

------------------------------------------------------x
STEPHEN CARRIER.,
an individual,                                         :    CASE NO.: 16-11596
                                                       :
       Plaintiff,                              :    CIVIL ACTION
                                                       :
vs.                                                    :    Section "E" (5)
                                                       :
KCL PROPERTIES, LLC,                                   :
                                                       :
       Defendants.                             :
------------------------------------------------------x

## **ORDER**

Having been advised that the parties have resolved plaintiff's claims against defendant,

IT IS HEREBY ORDERED that all claims asserted by Plaintiff Stephen Carrer against defendant KCL Properties, LLC are hereby **DISMISSED WITH PREJUDICE,** with each party to bear their own costs and attorneys' fees, subject to this Court retaining jurisdiction to enforce the terms of the settlement agreement. See Fed. R. Civ. P. 41(a)(2); *Hospitality House, Inc. v. Gilbert*, 298 F.3d 424, 430 (5th Cir. 2002).

The Clerk of Court shall administratively close this case.

New Orleans, Louisiana this 22nd day of March, 2017.

                                                    _____
                                                                  JUDGE